**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CLIFTON BROWN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-8147** |
| **SOCIAL SECURITY ADMINISTRATION** | **SECTION "B"(2)** |

## ORDER AND REASONS

The Court, having reviewed *de novo* the Complaint, the record, the applicable law, and the Magistrate Judge's Report and Recommendation, hereby approves and adopts the Magistrate Judge's Report as modified herein. (Rec. Docs. 1, 13, 15). Accordingly,

**IT IS ORDERED** that the Court **AFFIRMS AND ADOPTS** the Magistrate Judge's Report and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff Clifton Brown's ("Plaintiff") Complaint for review of the final decision of the Commissioner of the Social Security Administration (Rec. Doc. 1) is hereby **DISMISSED WITH PREJUDICE.**

This case arises out of the Commissioner's denial of Plaintiff's application for social security benefits and income under Title II and Title XVI of the Social Security Act ("SSA").

On October 27, 2017, Plaintiff filed a notice of change of address. Rec. Doc. 9. Subsequent to that filing, Plaintiff has entirely failed to prosecute this case. On December 1, 2017, this Court issued an order requiring Plaintiff file Memorandum of Facts no later than December 29, 2017. Rec. Doc. 12. Additionally, an

Order to Show Cause was issued on January 4, 2018, ordering Plaintiff to show why his case should not be dismissed for his failure to comply with the Court's December Order. Rec. Doc. 13. Finally, on February 26, 2018, Magistrate Judge Wilkinson issued a Report and Recommendation, recommending dismissal of Plaintiff's complaint for failure to prosecute, again giving Plaintiff additional time to respond. Rec. Doc. 15.

To date, Plaintiff has failed to file any responsive pleadings to this Court's orders, including objections to the Magistrate Judge's Report and Recommendation. As a result, Plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute.** *Coleman v. Sweetin,* 745 F.3d 756, 766 (5th Cir. 2014) ("Rule 41(b) authorizes the district court to dismiss an action *sua sponte* for failure to prosecute or comply with a court order."). Plaintiff has shown complete disregard to respond to court orders and there's nothing of record to indicate desired compliance.

New Orleans, Louisiana, this 26th day of March, 2018.

_____

SENIOR UNITED STATES DISTRICT JUDGE